| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Christina Sacro | Social Security number or ITIN: | xxx–xx–1888 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ | |
| | | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    2/4/20 |
| Case number: | 20–11901–KCF | Date case converted to chapter: | 7    4/7/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christina Sacro | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9 Cozy Lane<br>Califon, NJ 07830 | |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas Fitzgerald<br>Fitzgerald & Crouch, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306 | Contact phone 201–533–1100<br><br>Email: Fitz2Law@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | Contact phone (732) 530–5300 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 4/8/20 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 20, 2020 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/20/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 20-11901-KCF
Christina Sacro                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Apr 08, 2020
                          Form ID: 309A             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.
```
db             +Christina Sacro,    9 Cozy Lane,    Califon, NJ 07830-4320
518722154      +ACAR Leasing Ltd,    POB 183853,    Arlington, TX 76096-3853
518696613     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,     201 Little Falls Dr,
                Wilmington, DE 19808)
518696612      +American Express,    PO Box 14581,    Des Moines, IA 50306-3581
518708399      +American Express National Bank,    c/o Zwicker and Associates, P.C.,    80 Minuteman Road,
                Andover, MA 01810-1008
518719153      +American Express National Bank,    Att: Zwicker Associates PC,    POB 9043,
                Andover, MA 01810-0943
518696614       Aqua Water Company,    13 Pine Ridge Road,    Califon, NJ 07830
518696615      +Best Buy/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
518696616      +Bloom/Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
518745943      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
518794922      +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City OK 73118-6051
518696625      +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
518787480      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518696626      +Pnc Bank,    P.O.Box 500/K A16 2j,    Portage, MI 49081-0500
518696627      +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
518696631      +Zwicker & Associates PC,    1105 Laurel Oak Road, Suite 136,    Voorhees, NJ 08043-4312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: Fitz2Law@gmail.com Apr 08 2020 23:58:56      Nicholas Fitzgerald,
                Fitzgerald & Crouch, P.C.,    649 Newark Avenue,    Jersey City, NJ   07306
tr             +EDI: BBDATKINSON Apr 09 2020 03:38:00      Bunce Atkinson,    Atkinson & DeBartolo,
                2 Bridge Ave., PO Box 8415,    Bldg. 2, 3rd Floor,    Red Bank, NJ 07701-8415
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2020 00:00:07      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2020 00:00:04      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518714948       EDI: HNDA.COM Apr 09 2020 03:38:00      American Honda Finance Corporation,
                National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
518786617      +EDI: PRA.COM Apr 09 2020 03:38:00      Bureaus Investment Group Portfolio No 15 LLC,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518696617      +EDI: WFNNB.COM Apr 09 2020 03:38:00      Comenity Bank/Pier 1,    Po Box 182789,
                Columbus, OH 43218-2789
518696618      +EDI: WFNNB.COM Apr 09 2020 03:38:00      Comenity Bank/Pttrybrn,    Po Box 182789,
                Columbus, OH 43218-2789
518696619      +EDI: WFNNB.COM Apr 09 2020 03:38:00      Comenitybank/Talbots,    Po Box 182789,
                Columbus, OH 43218-2789
518696620      +EDI: WFNNB.COM Apr 09 2020 03:38:00      Comenitybk/Westelm,    Po Box 182789,
                Columbus, OH 43218-2789
518696621      +EDI: WFNNB.COM Apr 09 2020 03:38:00      Comenitybk/Williams Vs,    Po Box 182120,
                Columbus, OH 43218-2120
518696622      +EDI: PHINAMERI.COM Apr 09 2020 03:38:00      Gm Financial,    Po Box 181145,
                Arlington, TX 76096-1145
518696623       EDI: JPMORGANCHASE Apr 09 2020 03:38:00      Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850
518696624      +EDI: TSYS2.COM Apr 09 2020 03:38:00      Macys/Dsnb,    Po Box 8218,    Mason, OH 45040-8218
518777760       EDI: PRA.COM Apr 09 2020 03:38:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
                POB 41067,    Norfolk VA 23541
518762730       EDI: PRA.COM Apr 09 2020 03:38:00      Portfolio Recovery Associates, LLC,    c/o Gap,
                POB 41067,    Norfolk VA 23541
518696628      +EDI: RMSC.COM Apr 09 2020 03:38:00      Syncb/Gap,    4125 Windward Plaza,
                Alpharetta, GA 30005-8738
518696630      +EDI: RMSC.COM Apr 09 2020 03:38:00      Syncb/Tjx,    4125 Windward Plaza,
                Alpharetta, GA 30005-8738
518698208      +EDI: RMSC.COM Apr 09 2020 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518793685      +EDI: AIS.COM Apr 09 2020 03:38:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 20
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518696629       Syncb/Lowe
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 08, 2020
                              Form ID: 309A            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Bunce    Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas    Fitzgerald    on behalf of Debtor Christina    Sacro Fitz2Law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```