UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Christina Sacro

Case No.: 20-11901
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

_____Bunce D. Atkinson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C Ferguson__ on __June 23, 2020__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
9 Cozy Lane
Califon, NJ
Value: $535,000.00

Liens on property:
Midland Mortgage
999 NW Grand Blvd
Oklahoma City OK
$493,750.00

Aqua Water Co
$2,000.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: (732) 530-5300

*rev.8/1/15*

```
                           United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 20-11901-KCF
   Christina Sacro                                              Chapter 7
                 Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                 Page 1 of 2         Date Rcvd: May 29, 2020
                             Form ID: pdf905             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db             +Christina Sacro,    9 Cozy Lane,    Califon, NJ 07830-4320
518722154      +ACAR Leasing Ltd,    POB 183853,    Arlington, TX 76096-3853
518696613     ++AMERICAN HONDA FINANCE,     P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,     201 Little Falls Dr,
                Wilmington, DE 19808)
518696612      +American Express,    PO Box 14581,    Des Moines, IA 50306-3581
518708399      +American Express National Bank,    c/o Zwicker and Associates, P.C.,    80 Minuteman Road,
                Andover, MA 01810-1008
518719153      +American Express National Bank,    Att: Zwicker Associates PC,    POB 9043,
                Andover, MA 01810-0943
518696614       Aqua Water Company,    13 Pine Ridge Road,    Califon, NJ 07830
518696615      +Best Buy/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
518696616      +Bloom/Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
518745943      +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
518696624      +Macys/Dsnb,    Po Box 8218,    Mason, OH 45040-8218
518794922      +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City OK 73118-6051
518696625      +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
518787480      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518696626      +Pnc Bank,    P.O.Box 500/K A16 2j,    Portage, MI 49081-0500
518696627      +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
518696631      +Zwicker & Associates PC,    1105 Laurel Oak Road, Suite 136,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2020 00:28:38      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2020 00:28:34      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518714948       E-mail/Text: ebnbankruptcy@ahm.honda.com May 30 2020 00:28:47
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
518786617      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 00:35:29
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518696617      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 00:28:16      Comenity Bank/Pier 1,
                Po Box 182789,    Columbus, OH 43218-2789
518696618      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 00:28:17      Comenity Bank/Pttrybrn,
                Po Box 182789,    Columbus, OH 43218-2789
518696619      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 00:28:17      Comenitybank/Talbots,
                Po Box 182789,    Columbus, OH 43218-2789
518696620      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 00:28:17      Comenitybk/Westelm,
                Po Box 182789,    Columbus, OH 43218-2789
518696621      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 00:28:17      Comenitybk/Williams Vs,
                Po Box 182120,    Columbus, OH 43218-2120
518696622      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 30 2020 00:28:05      Gm Financial,
                Po Box 181145,    Arlington, TX 76096-1145
518801331       E-mail/Text: JCAP_BNC_Notices@jcap.com May 30 2020 00:28:53      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
518696623       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 00:33:19      Jpmcb Card,
                Po Box 15369,    Wilmington, DE 19850
518777760       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 00:34:26
                Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,   Norfolk VA 23541
518762730       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 00:35:29
                Portfolio Recovery Associates, LLC,    c/o Gap,    POB 41067,   Norfolk VA 23541
518696628      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:35:05      Syncb/Gap,    4125 Windward Plaza,
                Alpharetta, GA 30005-8738
518696630      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:34:04      Syncb/Tjx,    4125 Windward Plaza,
                Alpharetta, GA 30005-8738
518698208      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:34:04      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518793685      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 00:33:37      Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518696629       Syncb/Lowe
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 29, 2020
                              Form ID: pdf905          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:

```
          Bunce Atkinson     bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
           atkinson@remote7solutions.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas Fitzgerald    on behalf of Debtor Christina    Sacro Fitz2Law@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```