**Information to identify the case:**

| Debtor 1 | Christina Sacro | Social Security number or ITIN | xxx–xx–1888 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 20–11901–KCF | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christina Sacro

7/24/20                                                            **By the court:**  Kathryn C. Ferguson
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                       Case No. 20-11901-KCF
Christina Sacro                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Jul 24, 2020
                              Form ID: 318             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db             +Christina Sacro,    9 Cozy Lane,    Califon, NJ 07830-4320
518722154      +ACAR Leasing Ltd,    POB 183853,    Arlington, TX 76096-3853
518696613     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,     201 Little Falls Dr,
                Wilmington, DE 19808)
518696612      +American Express,    PO Box 14581,    Des Moines, IA 50306-3581
518719153      +American Express National Bank,    Att: Zwicker Associates PC,    POB 9043,
                Andover, MA 01810-0943
518708399      +American Express National Bank,    c/o Zwicker and Associates, P.C.,    80 Minuteman Road,
                Andover, MA 01810-1008
518696614       Aqua Water Company,    13 Pine Ridge Road,    Califon, NJ 07830
518696615      +Best Buy/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
518696616      +Bloom/Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
518745943      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
518794922      +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City OK 73118-6051
518696625      +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
518787480      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518696626      +Pnc Bank,    P.O.Box 500/K A16 2j,    Portage, MI 49081-0500
518696627      +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
518696631      +Zwicker & Associates PC,    1105 Laurel Oak Road, Suite 136,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2020 00:57:34      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2020 00:57:28      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518714948       EDI: HNDA.COM Jul 25 2020 04:03:00      American Honda Finance Corporation,
                National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
518786617      +EDI: PRA.COM Jul 25 2020 04:03:00      Bureaus Investment Group Portfolio No 15 LLC,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518696617      +EDI: WFNNB.COM Jul 25 2020 04:03:00      Comenity Bank/Pier 1,    Po Box 182789,
                Columbus, OH 43218-2789
518696618      +EDI: WFNNB.COM Jul 25 2020 04:03:00      Comenity Bank/Pttrybrn,    Po Box 182789,
                Columbus, OH 43218-2789
518696619      +EDI: WFNNB.COM Jul 25 2020 04:03:00      Comenitybank/Talbots,    Po Box 182789,
                Columbus, OH 43218-2789
518696620      +EDI: WFNNB.COM Jul 25 2020 04:03:00      Comenitybk/Westelm,    Po Box 182789,
                Columbus, OH 43218-2789
518696621      +EDI: WFNNB.COM Jul 25 2020 04:03:00      Comenitybk/Williams Vs,    Po Box 182120,
                Columbus, OH 43218-2120
518696622      +EDI: PHINAMERI.COM Jul 25 2020 04:03:00      Gm Financial,    Po Box 181145,
                Arlington, TX 76096-1145
518801331       EDI: JEFFERSONCAP.COM Jul 25 2020 04:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
                Saint Cloud Mn 56302-9617
518696623       EDI: JPMORGANCHASE Jul 25 2020 04:03:00      Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850
518696624      +EDI: TSYS2.COM Jul 25 2020 04:03:00      Macys/Dsnb,    Po Box 8218,    Mason, OH 45040-8218
518777760       EDI: PRA.COM Jul 25 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
                POB 41067,    Norfolk VA 23541
518762730       EDI: PRA.COM Jul 25 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Gap,
                POB 41067,    Norfolk VA 23541
518696628      +EDI: RMSC.COM Jul 25 2020 04:03:00      Syncb/Gap,    4125 Windward Plaza,
                Alpharetta, GA 30005-8738
518696630      +EDI: RMSC.COM Jul 25 2020 04:03:00      Syncb/Tjx,    4125 Windward Plaza,
                Alpharetta, GA 30005-8738
518698208      +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518793685      +EDI: AIS.COM Jul 25 2020 04:03:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518696629       Syncb/Lowe
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3                  User: admin                    Page 2 of 2                    Date Rcvd: Jul 24, 2020
                                      Form ID: 318                   Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
          Bunce   Atkinson     bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
           atkinson@remote7solutions.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas   Fitzgerald    on behalf of Debtor Christina   Sacro Fitz2Law@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```